COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-19-00109-CV

Style:     Robert Finch II v. Angela Stegman

Date motion filed*:     April 26, 2019

Type of motion:     Extension of Time to File Reporter's Record

Party filing motion:     Court Reporter Laurin Rainer

Document to be filed:     Reporter's record

Is appeal accelerated?     No.

If motion to extend time:

      Original due dates     March 4, 2019

      Number of extensions granted:     0     Current Due Date: April 26, 2019

      Dates Requested:     May 24, 2019

Ordered that motion is:

      ☑ Granted

         If document is to be filed, document due: May 24, 2019.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _ The Clerk of this Court's April 16, 2019 notice warned appellant's counsel that, unless he provided evidence of payment for the reporter's record fee within 10 days of that notice, this Court may require him to file a brief without that record. See TEX. R. APP. P. 37.3(c). Accordingly, the court reporter's request for an extension of time to file the reporter's record, because appellant paid a deposit on April 26, 2019, is **granted until May 24, 2019.** *See* TEX. R. APP. P. 35.3(c)._____

Judge's signature: ____/s/ Justice Evelyn V. Keyes_____

         x Acting individually     ☐ Acting for the Court

Date: _May 2, 2019_____